**Ronnie A. BELL, Plaintiff–Appellant,**

v.

**Judge W. Earl BRITT, Defendant–Appellee.**

No. 16–1104

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: May 31, 2016

Ronnie A. Bell, Appellant Pro Se.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie A. Bell appeals the district court's order dismissing his civil complaint after a review pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Bell v. Britt, No. 5:15–cv–00629–BO (E.D.N.C. Dec. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED